Richard C. Terry, USB No. 3216
TERRY JESSOP & BITNER
39 Exchange Place, Suite 100
Salt Lake City, Utah  84111-2705
Telephone: 801/534-0909
Facsimile: 801/534-1948
Email: richard@tjblawyers.com

Attorneys for Wells Fargo Auto Finance, Inc.

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

_____

| | |
|---|---|
| In re: | Bankruptcy No. 10-22380 jab |
| Blaine Dee Richardson and Iola Ruth Richardson aka Iola R. Hill aka Iola Lisonhee, | Chapter 7 |
| | Filed Electronically |
| Debtors. | **ORDER REJECTING LEASE AND TERMINATING AUTOMATIC STAY** |

_____

    Wells Fargo Auto Finance, Inc.'s ("Wells Fargo") Motion to Compel Assumption or Rejection of Lease, Motion for Allowance of Administrative Claim for Interim Payments and Motion for Relief from the Automatic Stay is set for May 19, 2010, before the Honorable Judith A. Boulden.  The Debtor has agreed to surrender the 2008 GMC Sierra Truck, VIN# 1GTHK23648F171383, accordingly the parties agrees to terminate the automatic stay therefor,

1

Filed: 05/17/10

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

the lease is rejected and the automatic stay is hereby terminated for Wells Fargo with

respect to the collateral securing Wells Fargo's claim, more particularly described as

follows: 2008 GMC Sierra Truck, VIN# 1GTHK23648F171383.

**\*\*\*END OF DOCUMENT\*\*\***
_____

<u>CERTIFICATE OF SERVICE FOR COURT CLERK</u>

I, Court Clerk, hereby certify that on _____, 2010, I served a copy of the
foregoing ORDER REJECTING LEASE AND TERMINATING AUTOMATIC STAY upon
the following by first class mail, postage prepaid; or electronically via ECF:

Blaine Dee Richardson and (Via U.S. Mail)
Iola Ruth Richardson aka Iola R. Hill aka Iola Lisonhee
258 West 1060 South
Orem, UT 84058

Robert S. Payne (Via ECF)
921 West Center Street
Orem, UT 84057

Kenneth A. Rushton (Via ECF)
P.O. Box 212
Lehi, UT 84043

Richard C. Terry (Via ECF)
TERRY JESSOP & BITNER
39 Exchange Place, Suite 100
Salt Lake City, UT 84111

2